UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



SECURITIES AND EXCHANGE
COMMISSION,

              Plaintiff,          :          Civil Action No. 07-3628 (SAS)

              v.

Kan King Wong and
Charlotte Ka On Wong Leung,

              Defendants.          :

## ORDER FOR ADMISSION PRO HAC VICE

Upon the letter request of Jan M. Folena, attorney for plaintiff U.S. Securities and
Exchange Commission;

**IT IS HEREBY ORDERED** that

Jan M. Folena
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549
(202) 551-4738 (telephone)
(202) 772-9245 (facsimile)

is admitted to practice pro hac vice as counsel for plaintiff U.S. Securities and Exchange
Commission in the above captioned case in the United States District Court for the Southern
District of New York. All attorneys appearing before this Court are subject to the Local Rules of
this Court, including the Rules governing discipline of attorneys. If this action is assigned to the
Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at
nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 5/15/07
New York, New York

                                Honorable Shira A. Scheindlin
                                United States District Judge