Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

    v.

KAN KING WONG AND
CHARLOTTE KA ON WONG LEUNG,

          Defendants.

Civil Action. No. 07-CV-3628 (SAS)

**ORDER**



Upon the consent of the parties, as reflected in the letter of Michele Hirshman, Esq. dated May 15, 2007, IT IS HEREBY ORDERED that defendants shall have up to and including May 29, 2007 to submit the information sought in Part III of this Court's Order dated May 8, 2007.

Dated: May 25, 2007
New York, New York

Honorable Shira A. Scheindlin
United States District Judge

Doc #:NY7:412111.2