# United States District Court

_____ DISTRICT OF _____

SECURITIES AND EXCHANGE COMMISSION,

V.

KAN KING WONG AND
CHARLOTTE KA ON WONG LEUNG JT

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 07 CV 3628

TO: (Name and address of defendant)

CHARLOTTE KA ON WONG LEUNG JT
FLAT C, 20/F THE ALBANY,
1 ALBANY ROAD MID-LEVELS
HONG KONG

**JUDGE SCHEINDLIN**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

REID MUOIO
SECURITIES AND EXCHANGE COMMISSION
100 "F" STREET, NE
WASHINGTON, DC 20549-4030
(202) 551-4488

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

MAY 0 8 2007

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5/9/2007 |
| NAME OF SERVER (PRINT) Christopher Chatfield | TITLE Merrill Gmel - Vice President |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Sent via UPS International to address of record (same address as on reverse of this document)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/10/2007
            Date

Signature of Server

222 Broadway - 14th Fl.
New York, NY 10038
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.