# United States District Court

__Southern__ DISTRICT OF __New York__

SECURITIES AND EXCHANGE COMMISSION,

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

KAN KING WONG AND
CHARLOTTE KA ON WONG LEUNG JT

**07 CV 3628**

**JUDGE SCHEINDLIN**

TO: (Name and address of defendant)

KAN KING WONG
FLAT C, 20/F THE ALBANY,
1 ALBANY ROAD MID-LEVELS
HONG KONG

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAN FOLENA
SECURITIES AND EXCHANGE COMMISSION
100 "F" STREET, NE
WASHINGTON, DC 20549-4030
(202) 551-4738

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                MAY 0 8 2007

CLERK                                              DATE

(BY) DEPUTY CLERK

Case 1:07-cv-03628-SAS   Document 14   Filed 06/05/2007   Page 2 of 2

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 5/8/07

NAME OF SERVER (PRINT): Jan M. Folena

TITLE: Assist. Chief Lit. Counsel

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: ____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

☑ Other (specify): Overnight Int'l mail per Court 5/8/07 Temporary restraining Order

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/8/07
Date

Signature of Server

100 F St. NE Washington, DC 20549
Address of Server

J. MICHAEL McMAHON

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.