UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

             v.

KAN KING WONG and
CHARLOTTE KA ON WONG LEUNG,

                   Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/07

Civil Action No.
07-CV-3628 (SAS)

## CONSENT ORDER MAINTAINING ASSET FREEZE

On May 8, 2007, the U.S. Securities and Exchange Commission (Commission) filed the above captioned action requesting an asset freeze; an order to show cause why the asset freeze should not be continued until the conclusion of the litigation; and other relief relating to service of process, discovery, and document preservation. On that same day the Court granted the Commission's emergency motion for an asset freeze and other relief and scheduled a hearing on the order to show cause for June 18, 2007. On May 31, 2007, the court granted an order, on the consent of the parties, providing, among other things, for an extension of the hearing on the order to show cause until September 28, 2007.

The parties now consent, without a hearing, to an order maintaining the freeze as to all accounts and/or assets of defendants held at Merrill Lynch & Co. (Merrill Lynch) pending final adjudication of this matter in this Court or until further order of the Court. The parties also agree that the provisions relating to alternative means of service of process, document preservation, and

the timing of the response to the complaint as set forth in the consent order dated May 31, 2007, remain in effect.

**IT IS HEREBY ORDERED** that pending final adjudication of this matter in this Court or until further order of the Court, Kan King Wong and Charlotte Ka On Wong Leung (defendants) and their officers, agents, servants, employees, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, including without limitation Merrill Lynch, shall hold and retain within their control, and prevent any disposition, withdrawal, transfer or dissipation of, any accounts and/or assets at Merrill Lynch maintained in the name of or for the benefit of the defendants or any one of them.

**IT IS FURTHER ORDERED** that the provisions relating to alternative means of service of process, document preservation, and the timing of the response to the complaint as set forth in the consent order dated May 31, 2007, remain in effect.

Date: September 27, 2007

HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE