**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                    :
**SECURITIES AND EXCHANGE**                          :
**COMMISSION,**                                      :
                                                    :
                               **Plaintiff,**        :
                                                    :
                - against -                         :
                                                    :
**KAN KING WONG and**                                :
**CHARLOTTE KA ON LEUNG,**                           :
                                                    :
                               **Defendants.**       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07

**ORDER**

**07 Civ. 3628 (SAS)**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The conference previously scheduled for October 23, 2007 is

adjourned to Monday, November 26, 2007, at 4:00 p.m.


                                        SO ORDERED:


                                        Shira A. Scheindlin
                                        U.S.D.J.

Dated:        New York, New York
              October 25, 2007

## - Appearances -

**For Plaintiff**

Jason M. Anthony, Esq.
Securities and Exchange Commission
Division of Enforcement
100 F Street, N.E.
Washington, DC 20546-6030
(202) 551-4597
(202) 772-9246 (fax)

Jan M. Folena, Esq.
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549
(202) 551-4738
(202) 772-9246 (fax)
folenaj@sec.gov

Reid Anthony Muoio, Esq.
Securities and Exchange Commission
1875 Pennsylvania Avenue, N.W.
Washington, DC 10004
(202) 551-4488
(202) 772-9346 (fax)
muoior@sec.gov

**For Defendants**

Michele Hirshman, Esq.
Michael Gertzman, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3747
(212) 373-0747

mhirshman@paulweiss.com