UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/07

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

    v.

KAN KING WONG AND
CHARLOTTE KA ON WONG LEUNG,

    Defendants.

Civil Action. No. 07-CV-3628 (SAS)

**ORDER**

RECEIVED
CHAMBERS OF
OCT 25 2007
JUDGE SCHEINDLIN

Upon the consent of the parties, as reflected in the letter of Michele Hirshman, Esq. dated October 25, 2007, IT IS HEREBY ORDERED that the time for defendants to answer or move against the Complaint is extended to January 28, 2008.

Dated: October 26, 2007
    New York, New York

                                     Honorable Shira A. Scheindlin
                                     United States District Judge