UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
SECURITIES AND EXCHANGE                :
COMMISSION,                            :
                                       :                **ORDER**
               Plaintiff,              :
                                       :                07 Civ. 3628 (SAS)
        - against -                    :
                                       :
KAN KING WONG and                      :
CHARLOTTE KA ON LEUNG,                 :
                                       :
               Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

SHIRA A. SCHEINDLIN, U.S.D.J.:

The conference previously scheduled for December 19, 2007 is

adjourned to Friday, February 22, 2008, at 4:30 p.m.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
           December 14, 2007

## - Appearances -

**For Plaintiff**

Jason M. Anthony, Esq.
Securities and Exchange Commission
Division of Enforcement
100 F Street, N.E.
Washington, DC 20546-6030
(202) 551-4597
(202) 772-9246 (fax)

Jan M. Folena, Esq.
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549
(202) 551-4738
(202) 772-9246 (fax)
folenaj@sec.gov

Reid Anthony Muoio, Esq.
Securities and Exchange Commission
1875 Pennsylvania Avenue, N.W.
Washington, DC 10004
(202) 551-4488
(202) 772-9346 (fax)
muoior@sec.gov

**For Defendants**

Michele Hirshman, Esq.
Michael Gertzman, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3747
(212) 373-0747

mhirshman@paulweiss.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CHAMBERS OF JUDGE SHIRA A. SCHEINDLIN
NEW YORK, NEW YORK  10007
Telephone (212) 805-0246
Telefax  (212) 805-7920

## FACSIMILE COVER SHEET

The information contained in this facsimile message is intended only for the use of the individual or entity named below.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service.

ADDRESSEE:   Jason M. Anthony, Esq.

ADDRESSEE FACSIMILE TELEPHONE NUMBER: (202) 772-9246

NAME OF COMPANY: Securities and Exchange Commission

COMPANY TELEPHONE NUMBER: (202) 551-4597

CITY AND STATE:   Washington, DC 20546-6030

DATE TRANSMITTED: December 14, 2007   TIME TRANSMITTED: 4:34 p.m.

SENDER/NAME: JUDGE SHIRA A. SCHEINDLIN

OPERATOR:

CASE NAME: Securities And Exchange Commission v. Kan King Wong, et ano.

DOCKET NUMBER: 07 Civ. 3628(SAS)

NUMBER OF PAGES Including Cover Sheet:   4

# PLEASE DELIVER IMMEDIATELY!!

MESSAGE: **ORDER**

**✷ ✷**        IT IS ORDERED that counsel to whom this ORDER is faxed is

*responsible for notifying all parties* and retaining verification of such in your case file.  Do not Fax such verification to Chambers.

___X___ Original will **NOT** follow _____ Original **WILL** follow