UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

KAN KING WONG AND
CHARLOTTE KA ON WONG LEUNG,

    Defendants.

Civil Action. No. 07-CV-3628 (SAS)

**ORDER**





Upon the consent of the parties, as reflected in the letter of Michele Hirshman, Esq. dated January 28, 2008, IT IS HEREBY ORDERED that the time for defendants to answer or move against the Complaint is extended to March 11, 2008.

Dated:    January 29, 2008
           New York, New York

                                            _____
                                            Honorable Shira A. Scheindlin
                                            United States District Judge