## **CERTIFICATE OF SERVICE**

I certify that on February 5, 2008, a true and accurate copy of **Plaintiff's Amended Complaint** was served via electronic mail on the following parties:

Michele Hirshman, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, New York  10019-6064

Larry Byrne, Esquire
Linklaters LLP
1345 Avenue of the Americas
New York, New York  10105

Andrew Levander, Esquire
Dechert LLP
30 Rockefeller Plaza
New York, New York  10112

/s/ Jan M. Folena