UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

  v.

KAN KING WONG and
CHARLOTTE KA ON WONG LEUNG,

     Defendants.

Civil Action No.
07-CV-3628 (SAS)

RECEIVED
CHAMBERS OF
FEB 0 5 2008
JUDGE SCHEINDLIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

## CONSENT ORDER TO ELECTRONICALLY FILE AMENDED COMPLAINT

The Clerk of Court is directed to accept for electronic filing the amended complaint in the above captioned matter.

Date: Feb. 5, 2008

              HONORABLE SHIRA A. SCHEINDLIN
              UNITED STATES DISTRICT JUDGE