UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



RECEIVED
CHAMBERS OF
FEB 0 5 2008
JUDGE SCHEINDLIN

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

KAN KING WONG and
CHARLOTTE KA ON WONG LEUNG,

        Defendants.

Civil Action No.
07-CV-3628 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

**CONSENT ORDER TO ELECTRONICALLY FILE AMENDED COMPLAINT**

      The Clerk of Court is directed to accept for electronic filing the amended complaint in the above captioned matter.

Date: Feb. 5, 2008

_____
HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE