UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

          v.

KAN KING WONG,
CHARLOTTE KA ON WONG LEUNG,
MICHAEL LEUNG KAI HUNG, and
DAVID LI KWOK PO,

          Defendants.

Civil Action No.
07-CV-3628 (SAS)

---

## CONSENT ORDER FOR PAYMENT OF JUDGMENT FROM FROZEN FUNDS

On May 8, 2007, the Court granted the Commission's emergency motion for an asset freeze and other relief against defendants Kan King Wong and Charlotte Ka On Wong Leung. On September 27, 2007, the court granted an order, on the consent of the parties, maintaining the asset freeze as to all accounts and/or assets of defendants held at Merrill Lynch & Co. (Merrill Lynch) pending final adjudication of this matter in this Court or until further order of the Court.

Defendants Kan King Wong, Charlotte Ka On Wong Leung and Michael Leung Kai Hung and plaintiff Commission now consent to an order requiring Merrill Lynch to transfer $8,121,335 together with prejudgment interest thereon in the amount of $384,432 and $8,121,335 in civil penalties for a total of $16,627,142 to the Commission from the Merrill Lynch account(s) of Kan King Wong and Charlotte Ka On Wong Leung that were frozen in accordance with the above mentioned court orders in satisfaction of the judgment entered against Michael Leung Kai Hung.

Defendants Kan King Wong, Charlotte Ka On Wong Leung and Michael Leung Kai Hung and plaintiff Commission further consent to an order requiring Merrill Lynch to transfer $40,076 together with prejudgment interest thereon in the amount of $1,897 and $40,076 in civil penalties for a total of $82,049 to the Commission from the Merrill Lynch account(s) of Kan King Wong and Charlotte Ka On Wong Leung that were frozen in accordance with the above mentioned court orders in satisfaction of the judgment entered against defendant Kan King Wong.

Finally, defendants Kan King Wong, Charlotte Ka On Wong Leung and Michael Leung Kai Hung and plaintiff Commission consent to an order lifting the asset freeze as to the balance of the Merrill Lynch account(s) of Kan King Wong and Charlotte Ka On Wong Leung following satisfaction of the final judgments entered against Michael Leung Kai Hung and Kan King Wong.

**IT IS HEREBY ORDERED** that Merrill Lynch transfer $8,121,335 together with prejudgment interest thereon in the amount of $384,382 and $8,121,335 in civil penalties for a total of $16,627,142 to the Commission from the Merrill Lynch account(s) of Kan King Wong and Charlotte Ka On Wong Leung that were frozen in accordance with the above mentioned court orders in satisfaction of the final judgment entered against Michael Leung Kai Hung. Merrill Lynch shall satisfy this obligation by paying $16,627,142 within ten (10) business days after entry of this order by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission,

Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Michael Leung Kai Hung as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to the final judgment against Michael Leung Kai Hung. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

**IT IS FURTHER ORDERED** that Merrill Lynch transfer $40,076 together with prejudgment interest thereon in the amount of $1,897 and $40,076 in civil penalties for a total of $82,049 to the Commission from the Merrill Lynch account(s) of Kan King Wong and Charlotte Ka On Wong Leung that were frozen in accordance with the above mentioned court orders in satisfaction of the final judgment entered against defendant Kan King Wong. Merrill Lynch shall satisfy this obligation by paying $82,049 within ten (10) business days after entry of this order by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Kan King Wong as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to the final judgment against Kan King Wong. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

3

**IT IS FURTHER ORDERED** that the asset freeze is lifted as to the balance of the Merrill Lynch account(s) of Kan King Wong and Charlotte Ka On Wong Leung following the transfers by Merrill Lynch, as ordered above, in satisfaction of the final judgments entered against Michael Leung Kai Hung and Kan King Wong.

Done and **ORDERED** this  6  day of  Feb , 2008.

Date: _____

_____
HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

_____
Michael Leung Kai Hung

Date: _____

_____
Andrew J. Levander, Esquire
Attorney for defendant Michael Leung Kai Hung
Dechert, LLP
30 Rockefeller Plaza
New York, New York  10112-2200
(212) 698-3683 (telephone)
(212) 698-3599 (facsimile)

_____
Kan King Wong

Date: 02/04/08

4

Michael E. Gertzman, Esquire
Michele Hirshman, Esquire
Attorney for defendant Kan King Wong
Paul, Weiss, Rifkind, Wharton
& Garrison, LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3281 (telephone)
(212) 373-2274 (facsimile)


_____
Charlotte Ka On Wong Leung

Date: 02/04/08

_____
Michael E. Gertzman, Esquire
Michele Hirshman, Esquire
Attorney for defendant Charlotte Ka On Wong Leung
Paul, Weiss, Rifkind, Wharton
& Garrison, LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3281 (telephone)
(212) 373-2274 (facsimile)




_____
Jan M. Folena, Esquire (pro hac vice)
Cheryl Scarboro, Esquire
Reid A. Muoio, Esquire (RAM-2274)
Jason M. Anthony, Esquire
Attorney for plaintiff U.S. Securities
and Exchange Commission
100 F Street, N.E.
Washington, DC 20549
(202) 551-4738 (telephone-Folena)
(202) 772-9245 (facsimile-Folena)