UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

v.

KAN KING WONG,
CHARLOTTE KA ON WONG LEUNG,
MICHAEL LEUNG KAI HUNG, and
DAVID LI KWOK PO,

          Defendants.

Civil Action No.
1:07-cv-03628-SAS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

**FINAL JUDGMENT AS TO DEFENDANT MICHAEL LEUNG KAI HUNG**

The Securities and Exchange Commission having filed a First Amended Complaint ("Complaint") and Defendant Michael Leung Kai Hung ("Michael Leung") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Michael Leung and his agents, servants, employees, attorneys, and all persons in active concert or

participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

    (c)    to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Michael Leung is liable for disgorgement of $8,121,335, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $384,432, and a civil penalty in the amount of $8,121,335 pursuant to Section 21A of the Exchange Act [15 U.S.C. § 78u], for a total of $16,627,102. Michael Leung's obligation to pay that amount shall be satisfied by the transfer to the

Commission of $16,627,102 from the Merrill Lynch & Co. account(s) of Kan King Wong and Charlotte Ka On Wong Leung that were frozen by this Court. Upon transfer of these funds, Michael Leung, Kan King Wong and Charlotte Ka On Wong Leung relinquish all legal and equitable right, title, and interest in such funds, and no part of the funds shall be returned to them; however, after the transfers by Merrill Lynch, the asset freeze shall be lifted as to the balance of the Merrill Lynch account(s).

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Michael Leung shall comply with all of the undertakings and agreements set forth therein.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: Feb 6, 2008

_____
Honorable Shira A. Scheindlin
UNITED STATES DISTRICT JUDGE