UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/08

SECURITIES AND EXCHANGE
COMMISSION,

                                    Plaintiff,

            v.

KAN KING WONG,
CHARLOTTE KA ON WONG LEUNG,
MICHAEL LEUNG KAI HUNG, and
DAVID LI KWOK PO,

                                    Defendants.

Civil Action No.
1:07-cv-03628-SAS

## FINAL JUDGMENT AS TO DEFENDANT
## CHARLOTTE KA ON WONG LEUNG

The Securities and Exchange Commission having filed a First Amended

Complaint ("Complaint") and Defendant Charlotte Ka On Wong Leung ("Charlotte

Wong") having entered a general appearance; consented to the Court's jurisdiction over

herself and the subject matter of this action; consented to entry of this Final Judgment

without admitting or denying the allegations of the Complaint (except as to

jurisdiction); waived findings of fact and conclusions of law; and waived any right to

appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Charlotte Wong

and her agents, servants, employees, attorneys, and all persons in active concert or

participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a)     to employ any device, scheme, or artifice to defraud;

(b)     to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c)     to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Charlotte Wong shall comply with all of the undertakings and agreements set forth therein.

2

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall

retain jurisdiction of this matter for the purposes of enforcing the terms of this Final

Judgment.

Dated: _Feb 6, 2008_

_____

Honorable Shira A. Scheindlin
UNITED STATES DISTRICT JUDGE

3